**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

TERRANCE P. LANG,

    Plaintiff,                                       CASE NO. 04-73681

-vs-                                              PAUL D. BORMAN
                                                  UNITED STATES DISTRICT JUDGE

JO ANNE B. BARNHART,
COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

**ORDER (1) ACCEPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION; (2) DENYING PLAINTIFF'S MOTION FOR
SUMMARY JUDGMENT; AND (3) GRANTING DEFENDANT'S MOTION FOR
SUMMARY JUDGMENT**

The Court has reviewed the Magistrate Judge's Report and Recommendation, filed on April 29, 2005, as well as any objections filed thereto.

**IT IS ORDERED** that the Report and Recommendation is accepted and entered as the findings and conclusions of this Court, and Plaintiff's Motion for Summary Judgment is DENIED and that Defendant's Motion for Summary Judgment is GRANTED.

                                                    s/Paul D. Borman
                                                    PAUL D. BORMAN
                                                    UNITED STATES DISTRICT JUDGE

Dated: July 8, 2005

**CERTIFICATE OF SERVICE**

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on July 8, 2005.

                                                    s/Jonie Parker
                                                    Case Manager