UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TERRANCE P. LANG

      Plaintiff,               CASE NO.  04-73681

v.                                  PAUL D. BORMAN
                                  UNITED STATES DISTRICT JUDGE

JO ANNE B. BARNHART,
COMMISSIONER OF
SOCIAL SECURITY

      Defendant.

_____/

## JUDGMENT

On this date, the Court accepted the Report and Recommendation of Magistrate Judge Virginia M. Morgan.

Therefore, a judgment shall be entered in favor of the Defendant, Jo Anne B. Barnhart, Commissioner of Social Secutity and against the Plaintiff, Terrance P. Lang .

Dated:  July 8, 2005

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on July 8, 2005.

                                        s/Jonie Parker
                                        Case Manager